ROBINSON, BRADSHAW & HINSON v. SMITH

No. 212P98

Case below: 129 N.C.App. 305

Petition by defendant (Bonita Smith) for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998. Petition by defendant (Ollen Smith) for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 29 July 1998.

STAFFORD v. BARKER

No. 247P98

Case below: 129 N.C.App. 576

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

STATE v. AIKEN

No. 283P98

Case below: 130 N.C.App. 151

Motion by Attorney General for temporary stay denied 22 July 1998.

STATE v. BOGGESS

No. 310A97

Case below: Durham County Superior Court

Defendant's motion to compel production of transcript, tapes and notes is denied 29 July 1998 without prejudice for the defendant to refile following action by the Superior Court of Durham County on the issues presented by this motion.

STATE v. BURR

No. 179A93-3

Case below: Alamance County Superior Court

Defendant's petition for writ of certiorari is allowed 29 July 1998 for the limited purpose of remanding this case to the Superior Court, Alamance County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254, 499 S.E.2d 761 and *State v. Bates*, 348 N.C. 29, 497 S.E.2d 276.